

Exhibit 1
Page 1 of 4





Exhibit 1
Page 2 of 4





Exhibit 1
Page 3 of 4

Exhibit 1
Page 4 of 4