**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Jacob S. Gill,** OSB No. 033238
Email: jgill@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840

**Attorneys for Plaintiffs/Counterclaim-Defendants**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TOO MARKER PRODUCTS, INC., and IMAGINATION INTERNATIONAL, INC., <br><br>    Plaintiffs/Counterclaim-Defendants, <br><br>    v. <br><br>CC INTERNATIONAL LLC, and HOT OFF THE PRESS, INC., <br><br>    Defendants/Counterclaim-Plaintiffs. | Case No. 6:12-cv-00834-TC <br><br>**SUPPLEMENTAL DECLARATION OF JACOB S. GILL IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1. I am an attorney with the law firm of Stoll Stoll Berne Lokting & Shlachter P.C. representing plaintiffs Too Marker Products, Inc., and Imagination International, Inc., in this action. I make this declaration based upon my personal knowledge.

Page 1 – SUPPLEMENTAL DECLARATION OF JACOB S. GILL IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

2.	Attached hereto as Exhibit 1 is a true and correct black and white copy of a selected page from the website "www.iealing.com" that I printed on December 4, 2012.

3.	Attached hereto as Exhibit 2 is a true and correct black and white copy of a selected page from the website "www.canaryjewelry.en.alibaba.com" that I printed on January 16, 2013.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 17th day of January, 2013.

  /s/Jacob S. Gill
JACOB S. GILL

Page 2 – SUPPLEMENTAL DECLARATION OF JACOB S. GILL IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840