# Exhibit 1

# Bill of Lading

**SHIPPER**
Yiwu Richway Import & Export Compan
Yongjin Square No.2 D Building
Yiwu Zj
China
5203291

**CONSIGNEE**
Cc International, Llc
2785 East Regal Park Drive
Anaheim Ca 92806
United States
6302466 6302466

**NOTIFY PARTIES**
Db Shipping (usa), Inc.
Suite 102 2225 West Commonwealth Av
Alhambra Ca 91803
United States
3080288 3080266

**PACKAGING INFORMATION**
Weight : 5,700 KG
Quantity : 420 CTN
Measurement : 25 CM

**SHIPMENT DETAIL**
Carrier Code : COSU
Vessel Name : Hanjin Amsterdam
Voyage : 0076E
B/L : COSU6073697090
Pre Carrier : Ningbo
Vessel Code : 9200677
Inbond Code : 00

Origin :
U.S. Port : 2709 - Long Beach, California
Foreign Port : 57000 - All Other Peoples Republic Of China Ports, China
U.S. Dest :
Foreign Dest :
Mode of Transport : 11
Arrival Date : 2012-10-14

**COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| CBHU5579514 | 420 | Marker Set Of 6 Pens Marker Set Of 24 Pens |

**MARKS & NUMBERS**

| Container | Marks & Numbers |
|---|---|
| CBHU5579514 | Spectrum Noir |

© 2005-2012 Ealing Market Data Engineering Co. Ltd.

Exhibit 1
Page 1 of 1