# Exhibit 2

Trade Capacity - Yiwu Be Creative Arts & Crafts Co., Ltd.    1 of 3

Alibaba.com | Join Free | My Alibaba | Search Product | Search | Post Buying Request
Global trade starts here™

Gold Supplier 2nd Year | Supplier Assessment

**B.Crafts  Yiwu Be Creative Arts & Crafts Co., Ltd.**

| Home | Products | Company Profile | Contacts |

Home > Company Profile > Trade Capacity

search our products

- **Company Overview**
  - Introduction
  - Company Video
  - Management
- **Company Certificates**
  - TrustPass Profile
  - Other Certifications
- **Company Capability**
  - Trade Capacity
  - Production Capacity
  - Quality Control
  - R&D Capacity
  - Own Brands
  - Trade Shows

Trade Capacity

✓ Indicates information has been verified onsite by a certification specialist

### Trade & Market

✓ Main Markets:

| Main Markets | Main Product(s) | Total Revenue (%) |
|---|---|---|
| North America | Permanent Twin Marker, Crafter's Tools, Embellishments, Albums | 29.8 |
| Africa | Crafter's Tools, Embellishments, Albums | 10.2 |
| Oceania | Permanent Twin Marker, Crafter's Tools, Embellishments, Albums | 19.7 |
| Mid East | Permanent Twin Marker, Crafter's Tools, Embellishments, Albums | 10 |
| Western Europe | Permanent Twin Marker, Crafter's Tools, Embellishments, Albums | 30.3 |

✓ Main Customers: Darice,Inc,Crafter' Companion,Craft Creatives,Impressionscrafts,REDDY Creative Cards,AVT Paints,Fabscraps,Craft Creatives

✓ Total Revenue (2012): confidential

✓ Total Export Revenue (2012): Confidential



- **Business Performance**
  - Buyer Interactions
- **Additional Information**
  - After Sale
  - Sales Department
  - Production

Export Percentage: 91% - 100%

### Business Terms

Accepted Delivery Terms: FOB, CFR, CIF, EXW, FCA, CPT, Express Delivery
Accepted Payment Currency: USD, EUR, GBP, CNY
Accepted Payment Type: T/T, Credit Card, PayPal, Western Union, Cash, Escrow
Minimum Order Value: >US$ 100
Nearest Port: Ningbo, Shanghai

### Trade Ability

Language Spoken: English, Chinese, Japanese, French
No. of Employees in Trade Department: 6-10 People
Average Lead Time: 20 Day(s)
Export License Registration NO: N/A
Export Mode: Using an agent

**Photo of Main Products** (Main Product ✓)

Round Rhinestone Buckle/Ribbon Slider for... | DIY fabric lace self-adhesive fancy cloth ribbon tape | Heart Shaped Rhinestone Buckle/Ribbon Slider | Artist Marker Pen With Permanent dual/twin-tips

**Email to this supplier**

*From:  Enter email or Member ID.

To:  Mr. Richard Wang

*Message:

Your message must be between 20-8000 characters

What can I do for you?

Contact Supplier

🔲 **Want to get more exact suppliers with detailed quotations?** Post an RFQ now>>

🔲 **Not sure about product quality?** Find reliable inspectors to help ensure product quality!

★ Email this page          ★ Bookmark this page          ★ Print this page

**Company Information · Site Map · Partnerships**
Buy · Sell · My Alibaba · Community · Trade Shows · Safety & Security · Help · Contact Us
Browse by Manufacturers · China Shopping · China Gold Suppliers · AliExpress · Categories · Importers · Buying Leads · China · India · UK · Australia
Alibaba Group: Alibaba.com · Alibaba China · Alibaba International · AliExpress | Taobao Marketplace | Taobao Mall | eTao | Juhuasuan | Alibaba Cloud Computing | China Yahoo! | Alipay
Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use
Copyright Notice © 1999-2012 Alibaba.com Hong Kong Limited and licensors. All rights reserved.