UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TOO MARKER PRODUCTS, INC., and IMAGINATION INTERNATIONAL, INC., <br><br>　　　　　Plaintiffs and<br>　　　　　Counterclaim Defendants,<br><br>　　v.<br><br>CC INTERNATIONAL LLC, and HOT OFF THE PRESS, INC.,<br><br>　　　　　Defendants and<br>　　　　　Counterclaim Plaintiffs. | Case No. 6:12-cv-00834-TC<br><br>**LIMITED JUDGMENT** |

COFFIN, Magistrate Judge,

　　Based on the record in this case, plaintiffs' acceptance of defendants' Offer of Judgment, and the parties' consent and stipulation to the entry of the following judgment:

　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

　　1.　　Plaintiffs Too Marker Products, Inc. and Imagination International, Inc. have asserted four claims against defendants CC International LLC and Hot Off the Press, Inc. as follows:

　　　　(a)　　infringement of U.S. Trademark Registration No. 3,629,617 ("'617 Mark") arising out of defendants' importation and sale of SPECTRUM NOIR markers;

Exhibit 1
Page 1 of 3

(b) infringement of U.S. Trademark Registration No. 4,113,852 ("'852 Mark") (the '617 Mark and the '852 Mark are collectively referred to as the "Registered Marks") arising out of defendants' importation and sale of SPECTRUM NOIR markers;

(c) unfair competition under Lanham Act § 43 with respect to the product configuration of the COPIC line of markers arising out of defendants' importation and sale of SPECTRUM NOIR markers; and

(d) common law trademark infringement with respect to the product configuration of the COPIC line of markers arising out of defendants' importation and sale of SPECTRUM NOIR markers.

2. Plaintiffs seek damages and injunctive relief in connection with their claims.

3. Defendants have asserted counterclaims seeking declaratory judgments of non-infringement and invalidity with respect to the Registered Marks and non-infringement with respect to plaintiffs' trade dress. Defendant Hot Off The Press, Inc. has also asserted a counterclaim of laches.

4. Plaintiffs have accepted defendants' Offer of Judgment dated as of November 30, 2012, and attached hereto as Exhibit A, and this Limited Judgment shall be subject to the terms thereof except as provided in paragraph 8 below. As used in Exhibit A, the first design of the SPECTRUM NOIR marker, which has since been discontinued (the "Discontinued Design"), is depicted below:

Exhibit 1
Page 2 of 3



5.      Accordingly, judgment is entered in favor of plaintiffs and against defendants on all claims and counterclaims in this action to the extent that they arise out of the importation or sale of SPECTRUM NOIR markers having the Discontinued Design.

6.      This Limited Judgment shall adjudicate the parties' claims and counterclaims only to the extent that they arise out of the importation or sale of SPECTRUM NOIR markers having the Discontinued Design, and this Limited Judgment shall not adjudicate or otherwise affect any claim or counterclaim arising out of or otherwise relating to the importation or sale of SPECTRUM NOIR markers having a product configuration other than the Discontinued Design.

7.      Plaintiffs shall recover from defendants the amount of $4,446.07.

8.      Each party will bear its own costs and attorney fees.

DATED this 8 day of July, 2013.

_____
HONORABLE THOMAS M. COFFIN
United States Magistrate Judge

Exhibit 1
Page 3 of 3

# Exhibit A

Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Julia E. Markley, OSB No. 000791
JMarkley@perkinscoie.com
Kristina J. Holm, OSB No. 112607
KJHolm@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendants CC International LLC
and Hot Off The Press, Inc.

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **TOO MARKER PRODUCTS, INC.,** and **IMAGINATION INTERNATIONAL, INC.,**<br><br>　　　　　　　Plaintiffs and<br>　　　　　　　Counterclaim<br>　　　　　　　Defendants,<br>v.<br>**CC INTERNATIONAL LLC,** and **HOT OFF THE PRESS, INC.,**<br><br>　　　　　　　Defendants and<br>　　　　　　　Counterclaim<br>　　　　　　　Plaintiffs. | No. 6:12-cv-00834-TC<br><br>**DEFENDANTS' OFFER OF JUDGMENT**<br><br>By CC International LLC and Hot Off The Press, Inc. |

TO:　Plaintiffs Too Marker Products, Inc., and Imagination International, Inc. and their counsel of record, Timothy S. DeJong and Jacob Gill, Stoll Stoll Berne Lokting & Schlachter

　　　Defendants CC International LLC and Hot Off The Press, Inc., offer to allow entry of judgment pursuant to Federal Rule of Civil Procedure 68 as follows:

　　　Judgment in favor of Plaintiffs against Defendants on all claims in the above matter based on the first design of the Spectrum Noir pen only, which design has since been discontinued, in the sum of $4,446.07, exclusive of costs and attorneys' fees. This offer of judgment does not

1-　DEFENDANTS' OFFER OF JUDGMENT

apply to any claims based on the current design of the Spectrum Noir pen. If Plaintiffs accept this offer, then Plaintiffs or Plaintiffs' attorneys shall endorse such acceptance hereon, and file the same with the clerk within fourteen days from the time it was served upon Plaintiffs. If the offer is not accepted and filed within the time prescribed, it shall be deemed withdrawn, and shall not be given as evidence at trial. If Plaintiffs fail to obtain a more favorable judgment, Plaintiffs shall not recover costs or prevailing party fees or disbursements incurred after the date of the offer, and Defendants shall recover their costs and disbursements, not including prevailing party fees, from the time of the service of the offer. This offer of judgment is made for the purposes specified in Rule 68 and is not to be construed as an admission of liability.

DATED: November 30, 2012

PERKINS COIE LLP

By: _____
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Julia E. Markley, OSB No. 000791
JMarkley@perkinscoie.com
Kristina J. Holm, OSB No. 112607
KJHolm@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendants CC International LLC and Hot Off The Press, Inc.

2- DEFENDANTS' OFFER OF JUDGMENT

LEGAL24839859. 3

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Exhibit A
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS' OFFER OF JUDGMENT** on the following:

    Timothy S. DeJong
    tdejong@ssbls.com
    Jacob S. Gill
    jgill@ssbls.com
    Stoll Stoll Berne Lokting & Schlachter
    209 SW Oak St., Fifth Floor
    Portland, OR 97204

Attorneys for Plaintiffs Too Marker Products, Inc. and Imagination International, Inc.

to be sent by the following indicated method or methods, on the date set forth below:

    ☐ by **overnight delivery**
    ☒ by **email**
    ☒ by **U.S. mail**
    ☐ by **hand delivery**

DATED: November 30, 2012

PERKINS COIE LLP

By: _____
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Julia E. Markley, OSB No. 000791
JMarkley@perkinscoie.com
Kristina J. Holm, OSB No. 112607
KJHolm@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendants CC International LLC and Hot Off The Press, Inc.

1- CERTIFICATE OF SERVICE

LEGAL24839859. 3

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Exhibit A
Page 3 of 3