**Timothy S. DeJong**, OSB No. 940662
tdejong@stollberne.com
**Jacob S. Gill**, OSB No. 033238
jgill@stollberne.com
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 S.W. Oak Street, Suite 500
Portland, OR 97204
Telephone:  503.227.1600
Facsimile:  503.227.6840

Attorneys for Plaintiffs/Counterclaim Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TOO MARKER PRODUCTS, INC., and IMAGINATION INTERNATIONAL, INC., <br><br>Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>CC INTERNATIONAL LLC, and HOT OFF THE PRESS, INC.,<br><br>Defendants/Counterclaim-Plaintiffs. | Case No. 6:12-cv-00834-TC <br><br> **FULL SATISFACTION OF JUDGMENT** |

WHEREAS, a Limited Judgment [Dkt. #55] was entered in the above action on July 10, 2013, in favor of plaintiffs and against defendants in the amount of $4,446.07, with each party to bear its own costs and attorney fees.  Said judgment has been fully paid.

Page 1 -    **FULL SATISFACTION OF JUDGMENT**

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: July 18, 2013

STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.

By: s/Jacob S. Gill
**Timothy S. DeJong,** OSB No. 940662
**Jacob S. Gill,** OSB No. 033238

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:    (503) 227-6840
Email:          tdejong@stollberne.com
                    jgill@stollberne.com

**Attorneys for Plaintiffs/ Counterclaim Defendants**

Page 2 -   **FULL SATISFACTION OF JUDGMENT**